# EISENBERG & BAUM

August 25, 2021

**VIA ECF**
Magistrate Judge Leo I. Brisbois
United States District Court
515 West 1st Street Room 412
Duluth, MN 55802-1397

  Re: Andrew Walsh v. Border Foods d/b/a Taco Bell
     Civil Action No.:20-cv-01457-WMW-LIB
     **NOTICE OF SETTLEMENT**

Judge Brisbois:

On August 25, 2021, the parties reached a settlement in principal. Accordingly, the parties request the Court vacate the settlement conference scheduled on September 2, 2021. The parties request 30 day order to finalize and execute the necessary settlement documents and stipulation of dismissal.

Dated: August 25, 2021

                Respectfully submitted,

                **EISENBERG & BAUM, LLP**
                By: /s/ Andrew Rozynski
                Andrew Rozynski, Esq.
                24 Union Square East, Penthouse
                New York, NY 10003
                Telephone: (212) 353-8700
                Fax: (917) 591-2875
                arozynski@eandblaw.com
                *Attorneys for Plaintiffs*

                Respectfully submitted,

                **JACKSON LEWIS P.C.**
                By: /s/ Gina Janerio
                150 South Fifth Street
                Suite 3500
                Minneapolis, MN 55402
                Telephone: (612) 359-1766
                *Attorneys for Defendant*