# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW WALSH,<br><br>      Plaintiff,<br>v.<br><br>BORDER FOODS, INC. D/B/A TACO BELL,<br><br>      Defendant. | Civil No. 0:20-cv-01457-WMW-LIB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Andrew Walsh and Defendant Border Foods, Inc., d/b/a Taco Bell, hereby stipulate and agree that this matter is settled and that it be DISMISSED WITH PREJUDICE, without further costs, attorneys' fees or disbursements awarded to any of the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

Date: September 2, 2021

Respectfully submitted,

**EISENBERG & BAUM, LLP**

/s/ *Andrew Rozynski*
Andrew Rozynski, Esq.
24 Union Square East, Fourth Floor
New York, NY 10003
(212) 353-8700
ARozynski@eandblaw.com
**Attorney for Plaintiff Andrew Walsh**

**JACKSON LEWIS P.C.**

*/s/ Gina K. Janeiro*
Gina K. Janeiro #345227
Elizabeth S. Gerling #395372
150 South Fifth Street, Suite 3500

1

2

        Minneapolis, Minnesota   55402
        Phone: (612) 341-8131
        Gina.Janeiro@jacksonlewis.com
        Elizabeth.Gerling@jacksonlewis.com

        **Attorneys for Defendant, Border Foods, Inc.**

4835-9364-3769, v. 1