# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Andrew Walsh, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-1457 WMW/LIB |
| Border Foods, Inc., | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is DISMISSED WITH PREJUDICE and without costs or disbursements awarded to any party.

Date: 9/14/2021                                             KATE M. FOGARTY, CLERK